No. 135. S. C. JOHNSON & SON, INC., *v.* GOLD SEAL Co. ET AL. United States Court of Appeals for the Dis-

trict of Columbia Circuit. Certiorari denied. *Francis C. Browne, William E. Schuyler, Jr.* and *Andrew B. Beveridge* for petitioner. *Floyd E. Thompson, Edward B. Beale* and *Maurice M. Moore* for the Gold Seal Co., respondent.